# Exhibit 2

| US9639608 | Star Wars Fine Jewelry ("The accused instrumentality") |
|---|---|
| 1. A computer processor implemented method to match recommendations to a user for an event, said method comprising:<br>_Col 4: lines 32-36:_<br>_Recommendations provided may include events, activities, experiences, people, deals, specials, desire matchups, and/or advertisements for user 101 alone, or include friends/people in said recommendations who may have a corresponding interest._ | The accused instrumentality discloses a computer processor implemented method to match recommendations (e.g., recommendations for rings, earrings, bracelet, etc.) to a user (e.g., a Star Wars Fine Jewelry user) for an event.<br><br>As shown below, the accused instrumentality provides product recommendations such as rings, earrings, bracelet, etc., to a user.<br><br><br><br>https://starwarsfinejewelry.com/<br><br>The accused instrumentality matches events according to the user's interests to provide personal recommendations to the user. |

**WHAT ABOUT COOKIES?**

Cookies are small pieces of data that are transferred to your computer's hard drive through your web browser from our web server. A cookie cannot read data from your hard disk or read cookie files that may have been created from other sites. The *Star Wars*™ Fine Jewelry website utilizes cookies as a means of providing personalization features to our visitors. For example, we utilize cookies to remember settings that you may have made at our website.

https://starwarsfinejewelry.com/pages/privacy-policy



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

Their product pages show 4 kinds of recommendations using WISER- Shopify Product recommendation app:

- **Frequently bought together products**: The brand uses this section to promote products that are frequently bought together. This lets potential buyers explore other items which are related to a particular purchase.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

- **Products inspired by browsing history:** The brand uses the browsing history to show recently viewed products. This product recommendation tactic is particularly helpful to remind the shopper of an accessory or add-on they forgot. In the case of Star Wars jewelry, this technique is used to entice the shopper into buying a product they may have checked out earlier but didn't buy.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

- **Related products:** The product page displays a section on related products so that visitors can see all options available to them through recommendations similar to what they're already browsing.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/

| | |
|---|---|
| receiving or collecting, by a network environment, one or more portions of user data, event data, or social data from users or third party data | The accused instrumentality discloses receiving or collecting, by a network environment (e.g., Star Wars Fine Jewelry network environment comprising of Star Wars Fine Jewelry servers, Star Wars Fine Jewelry users, etc.), one or more portions of user data (e.g., user information), event data (e.g., preferences, interests, etc.), or social data (e.g., interests of similar shoppers, number of reviews, etc.) from users (e.g., Star Wars Fine Jewelry network customer) or third party data sources via said network (e.g., Star Wars Fine Jewelry ). |

| sources via said network; | As shown below, the accused instrumentality collects data regarding user personal information (user data), event information such as preferences, interests, etc. (event data) from the user. It also collects information regarding interests of similar shoppers, number of reviews, etc. (social data). |
|---|---|
| | **WHAT ABOUT COOKIES?**<br><br>Cookies are small pieces of data that are transferred to your computer's hard drive through your web browser from our web server. A cookie cannot read data from your hard disk or read cookie files that may have been created from other sites. The *Star Wars*™ Fine Jewelry website utilizes cookies as a means of providing personalization features to our visitors. For example, we utilize cookies to remember settings that you may have made at our website.<br><br>https://starwarsfinejewelry.com/pages/privacy-policy<br><br>user data<br><br>When you sign up for an account or make a purchase, you voluntarily provide and *Star Wars* ™ Fine Jewelry collects certain personal information, such as your name, address, payment information and details of your purchases. All such information is securely stored. The information is stored on Shopify servers in the United States and not shared with third parties.<br><br>https://starwarsfinejewelry.com/pages/privacy-policy |



https://starwarsfinejewelry.com/collections/star-wars-rings



https://starwarsfinejewelry.com/products/in-carbonite-mens-ring-silver-with-black-rhodium-1



https://starwarsfinejewelry.com/products/in-carbonite-mens-ring-silver-with-black-rhodium-1



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

Their product pages show 4 kinds of recommendations using WISER- Shopify Product recommendation app:

- **Frequently bought together products**: The brand uses this section to promote products that are frequently bought together. This lets potential buyers explore other items which are related to a particular purchase.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver



- **Top selling products:** Product pages display top-selling products to help visitors explore other products that they originally may not have been looking for, but are bestsellers and popular amidst people like them.

https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/

| whereby the network environment comprises one or more servers connected to one or more user devices via a network; | The accused instrumentality discloses a network environment (e.g., Star Wars Fine Jewelry network environment comprising of Star Wars Fine Jewelry servers, Star Wars Fine Jewelry users, etc.), whereby the network environment (e.g., Star Wars Fine Jewelry network environment comprising of Star Wars Fine Jewelry servers, Star Wars Fine Jewelry users, etc.) comprises one or more servers (e.g., Star Wars Fine Jewelry servers) connected to one or more user devices (e.g., smartphone, laptop, etc.) via a network (e.g., Star Wars Fine Jewelry network). |

As shown below, a user accesses the accused instrumentality through devices such as smartphones, laptops, etc. Upon accessing said instrumentality the user device connects to servers through internet for using services provided by said servers.

**WHAT ABOUT COOKIES?**

Cookies are small pieces of data that are transferred to your computer's hard drive through your web browser from our web server. A cookie cannot read data from your hard disk or read cookie files that may have been created from other sites. The *Star Wars*™ Fine Jewelry website utilizes cookies as a means of providing personalization features to our visitors. For example, we utilize cookies to remember settings that you may have made at our website.

https://starwarsfinejewelry.com/pages/privacy-policy

    

When you sign up for an account or make a purchase, you voluntarily provide and *Star Wars* ™ Fine Jewelry collects certain personal information, such as your name, address, payment information and details of your purchases. All such information is securely stored. The information is stored on Shopify servers in the United States and not shared with third parties.

https://starwarsfinejewelry.com/pages/privacy-policy

ABOUT US • CONTACT US



**STAR WARS**

FINE JEWELRY

   

SHOP  ENGAGEMENT  GALAXY STAR  INSPIRATIONS  LIGHT SIDE  DARK SIDE  PERSONALIZE  NEW ARRIVALS  FINAL BOUNTY  COUNCIL CLUB

**WHAT INFORMATION IS RENAISSANCE GLOBAL GATHERING ABOUT ITS VISITORS AND HOW IS IT BEING USED?**

Every computer connected to the Internet is provided with a domain name (e.g. earthlink.net) and an IP address (e.g. 192.164.13.145). When a visitor requests a page from within the *Star Wars*™ Fine Jewelry website, our web servers automatically identify and log the HTTP request that is made to our Web Server. This information reveals nothing personal about you. In fact, the only information that we automatically gather, and log is as follows:

The IP address of the Site that may have referred you
Your IP addresses
The web page that you may have linked to us from, if any.

https://starwarsfinejewelry.com/pages/privacy-policy



https://starwarsfinejewelry.com/

| | |
|---|---|
| identifying, by said network environment, one or more portions of user data, event data, or social data from users or third party data sources via said network; | The accused instrumentality discloses identifying, by said network environment (e.g., Star Wars Fine Jewelry network environment comprising of Star Wars Fine Jewelry servers, Star Wars Fine Jewelry users, etc.), one or more portions of user data (e.g., user information), event data (e.g., preferences, interests, etc.) or social data (e.g., interests of similar shoppers, number of reviews, etc.) from users (e.g., a Star Wars Fine Jewelry user) or third party data sources via said network (e.g., Star Wars Fine Jewelry network).<br><br>As shown below, the accused instrumentality collects data regarding user's personal information including location (user data), event information such as preferences, interests, etc. (event data) from the user. It also collects information regarding interests of similar shoppers, number of reviews, etc. (social data). This data is collected by user devices over a network. When accessing user data, such as through a user profile, specific portions of the data such as name, email, addresses, |

etc., are identified.

**WHAT ABOUT COOKIES?**

Cookies are small pieces of data that are transferred to your computer's hard drive through your web browser from our web server. A cookie cannot read data from your hard disk or read cookie files that may have been created from other sites. The *Star Wars*™ Fine Jewelry website utilizes cookies as a means of providing personalization features to our visitors. For example, we utilize cookies to remember settings that you may have made at our website.

https://starwarsfinejewelry.com/pages/privacy-policy

  

user data

When you sign up for an account or make a purchase, you voluntarily provide and *Star Wars* ™ Fine Jewelry collects certain personal information, such as your name, address, payment information and details of your purchases. All such information is securely stored. The information is stored on Shopify servers in the United States and not shared with third parties.

https://starwarsfinejewelry.com/pages/privacy-policy



https://starwarsfinejewelry.com/collections/star-wars-rings



https://starwarsfinejewelry.com/products/in-carbonite-mens-ring-silver-with-black-rhodium-1



https://starwarsfinejewelry.com/products/in-carbonite-mens-ring-silver-with-black-rhodium-1



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

Their product pages show 4 kinds of recommendations using WISER- Shopify Product recommendation app:

- **Frequently bought together products:** The brand uses this section to promote products that are frequently bought together. This lets potential buyers explore other items which are related to a particular purchase.

https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

- **Top selling products:** Product pages display top-selling products to help visitors explore other products that they originally may not have been looking for, but are bestsellers and popular amidst people like them.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



Source: *Usage of the accused instrumentality*

Source: *Usage of the accused instrumentality*



*Source: Usage of the accused instrumentality*

| | |
|---|---|
| determining recommendations by calculating a relevancy score of said user data, said social data, or said event data for users when one or more of said data points of user, social, or event data exceeds one or more thresholds; wherein said determining is based upon a significance analysis, by a computer processor implemented method, which ranks said user data, said event data, or said social data to be of interest to one or more users based on awareness of entities, | The accused instrumentality discloses determining recommendations (e.g., recommendations for rings, bracelets, earrings, etc.) by calculating a relevancy score (e.g., relevance and ranking metrics) of said user data (e.g., user information), said social data (e.g., interests of similar shoppers, number of reviews, etc.), or said event data (e.g., preferences, interests, etc.) for users (e.g., Star Wars Fine Jewelry users) when one or more of said data points of user, social, or event data exceeds one or more thresholds (e.g., demographic threshold, interest, etc.); wherein said determining is based upon a significance analysis, by a computer processor implemented method, which ranks said user data (e.g., user information), said event data (e.g., preferences, interests, etc.), or said social data ( e.g., interests of similar shoppers, number of reviews, etc.) to be of interest to one or more users based on awareness of entities (e.g., demographic information, etc.), activities, interests (e.g., user interest, preferences, etc.), desires, or location.<br><br>As shown below, the accused instrumentality provides product recommendations based on thresholds defined such as demographic threshold, preferences, interest, etc.  The recommendations are sorted as per relevancy order. The accused instrumentality calculates a relevancy score based on the thresholds and recommends products to the user. |

| | |
|---|---|
| activities, interests, desires, or location;<br><br>_Col 7: lines 45-51:_<br>_Refinement and exclusion of events 404 also takes place, using thresholds— which can be user or system defined as described herein, to ensure the most meaningful events can be displayed to users 101 and 103._ <u>_Factors considered by the exclusion analysis may include event size , guessed popularity, distance_</u>_, and what the user 101 or 103 has attended or engaged with previously._ | **WHAT ABOUT COOKIES?**<br><br>Cookies are small pieces of data that are transferred to your computer's hard drive through your web browser from our web server. A cookie cannot read data from your hard disk or read cookie files that may have been created from other sites. The _Star Wars_™ Fine Jewelry website utilizes cookies as a means of providing personalization features to our visitors. For example, we utilize cookies to remember settings that you may have made at our website.<br><br>https://starwarsfinejewelry.com/pages/privacy-policy<br><br>    <br><br>user data<br><br>When you sign up for an account or make a purchase, you voluntarily provide and _Star Wars_ ™ Fine Jewelry collects certain personal information, such as your name, address, payment information and details of your purchases. All such information is securely stored. The information is stored on Shopify servers in the United States and not shared with third parties.<br><br>https://starwarsfinejewelry.com/pages/privacy-policy |



https://starwarsfinejewelry.com/collections/star-wars-rings



https://starwarsfinejewelry.com/products/in-carbonite-mens-ring-silver-with-black-rhodium-1



https://starwarsfinejewelry.com/products/in-carbonite-mens-ring-silver-with-black-rhodium-1



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

Their product pages show 4 kinds of recommendations using WISER- Shopify Product recommendation app:

- **Frequently bought together products**: The brand uses this section to promote products that are frequently bought together. This lets potential buyers explore other items which are related to a particular purchase.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

- **Top selling products:** Product pages display top-selling products to help visitors explore other products that they originally may not have been looking for, but are bestsellers and popular amidst people like them.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

- **Products inspired by browsing history:** The brand uses the browsing history to show recently viewed products. This product recommendation tactic is particularly helpful to remind the shopper of an accessory or add-on they forgot. In the case of Star Wars jewelry, this technique is used to entice the shopper into buying a product they may have checked out earlier but didn't buy.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

- **Related products:** The product page displays a section on related products so that visitors can see all options available to them through recommendations similar to what they're already browsing.

https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/

As shown below, the accused instrumentality recommends the rings, bracelets, etc. based on user's interest, preferred categories. The products don't cross the threshold with other categories such as rings, bracelets, etc.



https://starwarsfinejewelry.com/collections/star-wars-rings



https://starwarsfinejewelry.com/collections/all-products?q=Ring

| | |
|---|---|
| wherein said calculated relevancy score is greater than a threshold and includes said user data, said social data or said event data; | The accused instrumentality discloses a relevancy score (e.g., relevance and ranking metrics) wherein said calculated relevancy score (e.g., relevance and ranking metrics) is greater than threshold (a demographic threshold) and includes said user data (e.g., user information), said social data (e.g., interests of similar shoppers, number of reviews, etc.) or said event data (e.g., preferences, interests, etc.).<br><br>As shown below, the accused instrumentality provides product recommendations based on thresholds defined such as demographic threshold, preferences, interest, etc. The recommendations are sorted as per relevancy order. The accused instrumentality calculates a relevancy score based on the thresholds and recommends products to the user if the products meet or exceed the applicable demographic threshold. |

**WHAT ABOUT COOKIES?**

Cookies are small pieces of data that are transferred to your computer's hard drive through your web browser from our web server. A cookie cannot read data from your hard disk or read cookie files that may have been created from other sites. The *Star Wars*™ Fine Jewelry website utilizes cookies as a means of providing personalization features to our visitors. For example, we utilize cookies to remember settings that you may have made at our website.

https://starwarsfinejewelry.com/pages/privacy-policy



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

- **Products inspired by browsing history:** The brand uses the browsing history to show recently viewed products. This product recommendation tactic is particularly helpful to remind the shopper of an accessory or add-on they forgot. In the case of Star Wars jewelry, this technique is used to entice the shopper into buying a product they may have checked out earlier but didn't buy.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

- **Related products:** The product page displays a section on related products so that visitors can see all options available to them through recommendations similar to what they're already browsing.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/

When you sign up for an account or make a purchase, you voluntarily provide and *Star Wars* ™ Fine Jewelry collects certain personal information, such as your name, address, payment information and details of your purchases. All such information is securely stored. The information is stored on Shopify servers in the United States and not shared with third parties.

https://starwarsfinejewelry.com/pages/privacy-policy



https://starwarsfinejewelry.com/collections/star-wars-rings



https://starwarsfinejewelry.com/products/in-carbonite-mens-ring-silver-with-black-rhodium-1



https://starwarsfinejewelry.com/products/in-carbonite-mens-ring-silver-with-black-rhodium-1



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

Their product pages show 4 kinds of recommendations using WISER- Shopify Product recommendation app:

- **Frequently bought together products**: The brand uses this section to promote products that are frequently bought together. This lets potential buyers explore other items which are related to a particular purchase.

https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

- **Top selling products:** Product pages display top-selling products to help visitors explore other products that they originally may not have been looking for, but are bestsellers and popular amidst people like them.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/

As shown below, the accused instrumentality recommends the rings, bracelets, etc. based on user's interest, preferred categories. The products don't cross the threshold with other categories such as rings, bracelets, etc.



https://starwarsfinejewelry.com/collections/star-wars-rings



https://starwarsfinejewelry.com/collections/all-products?q=Ring

| categorizing said recommendations by applying a relevancy popularity analysis thereby narrowing down most relevant data based upon interests, activities, experiences, people, deals, specials, desired matchups, advertisements, or recommendations which have previously | The accused instrumentality discloses categorizing (e.g., categorizing product recommendations based on user's interest, preferences, previous interactions, etc.) said recommendations (e.g., recommendations for rings, bracelets, earrings, etc.) by applying a relevancy popularity analysis thereby narrowing down most relevant data based upon interests (e.g., user interests), activities, experiences, people (e.g., interests of similar shoppers), deals, specials, desired matchups, advertisements, or recommendations (e.g., recommendations for rings, bracelets, earrings, etc.) which have previously elicited engagement (e.g., preferences and previous interactions).<br><br>As shown below, the accused instrumentality categorizes recommendations based on user's interest, preferences, previous interactions, etc. The recommended products are based on user preferences expressed by users by previously interacting with accused instrumentality. |

| elicited engagement; |  |

**WHAT ABOUT COOKIES?**

Cookies are small pieces of data that are transferred to your computer's hard drive through your web browser from our web server. A cookie cannot read data from your hard disk or read cookie files that may have been created from other sites. The *Star Wars*™ Fine Jewelry website utilizes cookies as a means of providing personalization features to our visitors. For example, we utilize cookies to remember settings that you may have made at our website.

https://starwarsfinejewelry.com/pages/privacy-policy

https://starwarsfinejewelry.com/products/the-mandalorian-mens-ring-silver-and-black-rhodium

- **Products inspired by browsing history:** The brand uses the browsing history to show recently viewed products. This product recommendation tactic is particularly helpful to remind the shopper of an accessory or add-on they forgot. In the case of Star Wars jewelry, this technique is used to entice the shopper into buying a product they may have checked out earlier but didn't buy.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

Their product pages show 4 kinds of recommendations using WISER- Shopify Product recommendation app:

- **Frequently bought together products**: The brand uses this section to promote products that are frequently bought together. This lets potential buyers explore other items which are related to a particular purchase.

https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver



- **Top selling products:** Product pages display top-selling products to help visitors explore other products that they originally may not have been looking for, but are bestsellers and popular amidst people like them.

https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/

| matching said identified said user data, social data, or said event data based at least on said relevancy score for each categorized | The accused instrumentality discloses matching said identified said user data (e.g., user information), social data (e.g., interests of similar shoppers, number of reviews, etc.), or said event data (e.g., preferences, interests, etc.) based at least on said relevancy score (e.g., relevance and ranking metrics) for each categorized recommendation (e.g., recommendations for different product categories).<br><br>As shown below, the recommendations have products related to different |

| recommendation; | categories. The accused instrumentality calculates a relevancy score and recommends products if the score is above a threshold.<br><br>**WHAT ABOUT COOKIES?**<br><br>Cookies are small pieces of data that are transferred to your computer's hard drive through your web browser from our web server. A cookie cannot read data from your hard disk or read cookie files that may have been created from other sites. The *Star Wars*™ Fine Jewelry website utilizes cookies as a means of providing personalization features to our visitors. For example, we utilize cookies to remember settings that you may have made at our website.<br><br>https://starwarsfinejewelry.com/pages/privacy-policy<br><br> |

https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

- **Products inspired by browsing history:** The brand uses the browsing history to show recently viewed products. This product recommendation tactic is particularly helpful to remind the shopper of an accessory or add-on they forgot. In the case of Star Wars jewelry, this technique is used to entice the shopper into buying a product they may have checked out earlier but didn't buy.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

Their product pages show 4 kinds of recommendations using WISER- Shopify Product recommendation app:

- **Frequently bought together products**: The brand uses this section to promote products that are frequently bought together. This lets potential buyers explore other items which are related to a particular purchase.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/pages/privacy-policy

https://starwarsfinejewelry.com/collections/star-wars-rings



https://starwarsfinejewelry.com/products/in-carbonite-mens-ring-silver-with-black-rhodium-1



https://starwarsfinejewelry.com/products/in-carbonite-mens-ring-silver-with-black-rhodium-1



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

Their product pages show 4 kinds of recommendations using WISER- Shopify Product recommendation app:

- **Frequently bought together products**: The brand uses this section to promote products that are frequently bought together. This lets potential buyers explore other items which are related to a particular purchase.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



Top Selling Products

recommendations

GALACTIC ROYALTY WOMEN'S RING Diamond Accent 10K Rose Gold

$700.00

R2 SERIES WOMEN'S RING White Diamond Accent Garnet and Blue Sapphire 14K White G...

$1,100.00

R2 SERIES WOMEN'S RING 1/3 CT.TW. White Diamonds Garnet and Blue Sapphire Silver

$900.00

R2 SERIES WOMEN'S HOOPS 1/4 CT.TW. White Diamonds and Blue Sapphire Silver

$750.00

https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

| | |
|---|---|
| | <br><br>https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/ |
| determining one or more recommendation results based at least on said relevancy score for each categorized recommendation; | The accused instrumentality discloses determining one or more recommendation (e.g., recommendations for rings, bracelets, earrings, etc.) results based at least on said relevancy score (e.g., relevance and ranking metrics) for each categorized recommendation (e.g., recommendations for different product categories).<br><br>As shown below, the recommendations have products related to different categories. The accused instrumentality calculates a relevancy score and |

recommends products to the user, if the score is above a threshold. Upon selecting a category, recommended products belonging to said category are displayed to the user.

**WHAT ABOUT COOKIES?**

Cookies are small pieces of data that are transferred to your computer's hard drive through your web browser from our web server. A cookie cannot read data from your hard disk or read cookie files that may have been created from other sites. The *Star Wars*™ Fine Jewelry website utilizes cookies as a means of providing personalization features to our visitors. For example, we utilize cookies to remember settings that you may have made at our website.

https://starwarsfinejewelry.com/pages/privacy-policy



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

- **Products inspired by browsing history:** The brand uses the browsing history to show recently viewed products. This product recommendation tactic is particularly helpful to remind the shopper of an accessory or add-on they forgot. In the case of Star Wars jewelry, this technique is used to entice the shopper into buying a product they may have checked out earlier but didn't buy.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

Their product pages show 4 kinds of recommendations using WISER- Shopify Product recommendation app:

- **Frequently bought together products**: The brand uses this section to promote products that are frequently bought together. This lets potential buyers explore other items which are related to a particular purchase.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/

| | |
|---|---|
| transmitting to said user the one or more recommendation results based at least on said relevancy score for each categorized | The accused instrumentality discloses transmitting to said user (e.g., a Star Wars Fine Jewelry user) the one or more recommendation results (e.g., recommendations for rings, bracelets, earrings, etc.) based at least on said relevancy score (e.g., relevance and ranking metrics) for each categorized recommendation (e.g., recommendations for different product categories) by displaying matched identified said user data (e.g., user information), social data (e.g., interests of similar shoppers, number of reviews, etc.), or said event data (e.g., preferences, |

| | |
|---|---|
| recommendation by displaying matched identified said user data, social data, or said event data based on calculated recommendations. | interests, etc.) based on calculated recommendations (e.g., recommendations for rings, bracelets, earrings, etc.).<br><br>As shown below, the accused instrumentality transmits product recommendations to a user when said user searches for products. The recommendations have products related to different categories. The accused instrumentality calculates a relevancy score and suggests events if the score is above a threshold. Upon selecting a category, recommended products belonging to said category are displayed.<br><br>**WHAT ABOUT COOKIES?**<br><br>Cookies are small pieces of data that are transferred to your computer's hard drive through your web browser from our web server. A cookie cannot read data from your hard disk or read cookie files that may have been created from other sites. The *Star Wars*™ Fine Jewelry website utilizes cookies as a means of providing personalization features to our visitors. For example, we utilize cookies to remember settings that you may have made at our website.<br><br>https://starwarsfinejewelry.com/pages/privacy-policy |



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

- **Related products:** The product page displays a section on related products so that visitors can see all options available to them through recommendations similar to what they're already browsing.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/

When you sign up for an account or make a purchase, you voluntarily provide and *Star Wars* ™ Fine Jewelry collects certain personal information, such as your name, address, payment information and details of your purchases. All such information is securely stored. The information is stored on Shopify servers in the United States and not shared with third parties.

https://starwarsfinejewelry.com/pages/privacy-policy



https://starwarsfinejewelry.com/collections/star-wars-rings



https://starwarsfinejewelry.com/products/in-carbonite-mens-ring-silver-with-black-rhodium-1



https://starwarsfinejewelry.com/products/in-carbonite-mens-ring-silver-with-black-rhodium-1



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

Their product pages show 4 kinds of recommendations using WISER- Shopify Product recommendation app:

- **Frequently bought together products:** The brand uses this section to promote products that are frequently bought together. This lets potential buyers explore other items which are related to a particular purchase.

https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver



- **Top selling products:** Product pages display top-selling products to help visitors explore other products that they originally may not have been looking for, but are bestsellers and popular amidst people like them.

https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

- **Products inspired by browsing history:** The brand uses the browsing history to show recently viewed products. This product recommendation tactic is particularly helpful to remind the shopper of an accessory or add-on they forgot. In the case of Star Wars jewelry, this technique is used to entice the shopper into buying a product they may have checked out earlier but didn't buy.



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vadar-black-rhodium-over-sterling-silver-red-garnet-gemstone-ring-with-1-8-ct-tw-diamonds-rf313483swgtswsf

| 2. The method of claim 1, wherein said user data includes information about a user's real world explicitly or implicitly stated interests, disinterests, or desires. | The accused instrumentality practices collecting user data (e.g., personal info, etc.) wherein said user data includes information about a user's real world explicitly or implicitly stated interests (e.g., explicitly stated user interests, etc.), disinterests, or desires. |



Source: *Usage of the accused instrumentality*

| 3. The method of claim 2 wherein said social data may include information about users and ghost users' | The accused instrumentality practices collecting social data wherein said social data (e.g., interests of similar shoppers, number of reviews, etc.) may include information about users and ghost users' real world interests or disinterests (e.g., user interest, preferences, etc.). |
|---|---|

| | |
|---|---|
| real world interests or disinterests. | **WHAT ABOUT COOKIES?**<br><br>Cookies are small pieces of data that are transferred to your computer's hard drive through your web browser from our web server. A cookie cannot read data from your hard disk or read cookie files that may have been created from other sites. The *Star Wars*™ Fine Jewelry website utilizes cookies as a means of providing personalization features to our visitors. For example, we utilize cookies to remember settings that you may have made at our website.<br><br>https://starwarsfinejewelry.com/pages/privacy-policy<br><br><br><br>https://starwarsfinejewelry.com/products/in-carbonite-mens-ring-silver-with-black-rhodium-1 |



https://starwarsfinejewelry.com/products/in-carbonite-mens-ring-silver-with-black-rhodium-1



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver

Their product pages show 4 kinds of recommendations using WISER- Shopify Product recommendation app:

- **Frequently bought together products:** The brand uses this section to promote products that are frequently bought together. This lets potential buyers explore other items which are related to a particular purchase.

https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/



https://starwarsfinejewelry.com/products/darth-vader-mens-ring-with-garnets-diamond-accents-and-black-rhodium-over-sterling-silver



https://www.getwiser.ai/blog/personalized-recommendations-on-shopify/

| 4. The method of claim 3 wherein said user data further comprises a current, recent, last known, or estimated physical location of one more of said users. | The accused instrumentality practices identifying user data (e.g., personal info, etc.) wherein said user data further comprises a current, recent, last known, or estimated physical location (e.g., latitude, longitude, country, etc.) of one more of said users (e.g., users of the accused instrumentality). |
| | |
| | As shown, the accused instrumentality gathers the user's location through their devices. |

**WHAT ABOUT COOKIES?**

Cookies are small pieces of data that are transferred to your computer's hard drive through your web browser from our web server. A cookie cannot read data from your hard disk or read cookie files that may have been created from other sites. The *Star Wars*™ Fine Jewelry website utilizes cookies as a means of providing personalization features to our visitors. For example, we utilize cookies to remember settings that you may have made at our website.

https://starwarsfinejewelry.com/pages/privacy-policy

When you sign up for an account or make a purchase, you voluntarily provide and *Star Wars* ™ Fine Jewelry collects certain personal information, such as your name, address, payment information and details of your purchases. All such information is securely stored. The information is stored on Shopify servers in the United States and not shared with third parties.

https://starwarsfinejewelry.com/pages/privacy-policy



ABOUT US   •   CONTACT US

SHOP   ENGAGEMENT   GALAXY STAR   INSPIRATIONS   LIGHT SIDE   DARK SIDE   PERSONALIZE   NEW ARRIVALS   FINAL BOUNTY   COUNCIL CLUB

**WHAT INFORMATION IS RENAISSANCE GLOBAL GATHERING ABOUT ITS VISITORS AND HOW IS IT BEING USED?**

Every computer connected to the Internet is provided with a domain name (e.g. earthlink.net) and an IP address (e.g. 192.164.13.145). When a visitor requests a page from within the *Star Wars*™ Fine Jewelry website, our web servers automatically identify and log the HTTP request that is made to our Web Server. This information reveals nothing personal about you. In fact, the only information that we automatically gather, and log is as follows:

The IP address of the Site that may have referred you
Your IP addresses
The web page that you may have linked to us from, if any.

https://starwarsfinejewelry.com/pages/privacy-policy